# United States District Court

WESTERN DISTRICT OF WASHINGTON

LUCAS BEDOS

v.

GEORGE WIGEN, as warden;
A. NEIL CLARK, as director I.C.E.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5617BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this matter be **DISMISSED without prejudice**.

| | |
|---|---|
| November 27, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |